TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00038-CR







Mark Tillman, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 5040095, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






O R D E R


PER CURIAM

The mandate in this cause issued by this Court on September 19, 2006, is hereby
withdrawn.

It is ordered March 14, 2008.



Before Chief Justice Law, Justices Pemberton and Waldrop

Do Not Publish